Thomas Earl HENDERSON, Jr., et al.,
Plaintiffs-Appellants,

v.

FORT WORTH INDEPENDENT
SCHOOL DISTRICT et al.,
Defendants-Appellees.

No. 77–2839.

United States Court of Appeals,
Fifth Circuit.

Aug. 14, 1978.

Art J. Brender, Fort Worth, Tex., for plaintiffs-appellants.

Cecil A. Morgan, David B. Owen, Fort Worth, Tex., for defendants-appellees.

Before BROWN, Chief Judge, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT, HILL, FAY, RUBIN, and VANCE, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause, 5 Cir., 574 F.2d 1210, shall be reheard by the Court en banc on briefs without oral argument.